ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-418 PCP |
| Plaintiff, | CASE NO. 24-CR-419 PCP |
| v. | RYAN REZAEI DECLARATION IN SUPPORT OF MEMORANDUM RE DETENTION ORDERS IN RULE 5 MATTERS |
| OMAR NAZIRY, | |
| Defendant. | |

I, Ryan Rezaei, declare the following:

    1.    I am the Assistant U.S. Attorney assigned to the above-captioned matters.

    2.    I spoke with Dana Hill, the Assistant U.S. Attorney in the U.S. Attorney's Office for the Middle District of Florida (USAO-MDF) who handled the defendant's federal court proceedings in that district. Hill informed me that the magistrate judge there held a detention hearing, and that the government called a witness who participated in the defendant's arrest. I also obtained information about the detention hearing and the proceedings in the Middle District of Florida from Mariana Graupmann, a Special Agent with the Defense Criminal Investigative Service who helped arrest the defendant in Florida and was present for the federal court proceedings there. I learned from Hill and Graupmann through telephone conversations that the government witness at the detention hearing

testified generally as follows:

- federal law enforcement went to the defendant's parents' home to make the arrest;
- the defendant's mother let law enforcement into the home;
- the defendant's mother said the defendant had moved to California;
- during the search of the home, the defendant's father arrived;
- the defendant's father also said the defendant had left for California;
- as law enforcement searched the home for the defendant, they continued to speak with the defendant's parents, who could not explain why the defendant left for California, how he got there, and why the defendant had left both of his cellphones behind (they were found in the home);
- after about over an hour of searching, law enforcement found the defendant inside a return air intake vent; and
- the vent register appeared to have been fastened from the outside, meaning the defendant's mother had fastened it before opening the door for law enforcement.

I have asked a legal assistant in my office to obtain the detention hearing transcript from the Middle District of Florida and will attempt to submit the transcript to the Court if received in time. I regret any possible inconsistencies between the above recount and that transcript.

3. I asked USAO-MDF to provide me with a copy of the docket in *United States v. Naziry*, 6:24-mj-1881 and 6:24-mj-1882. (There are two separate numbers because the defendant faces charges in two separate indictments.) The docket I received in 6:24-mj-1881 is attached hereto as **Exhibit 1**. The docket I received in 6:24-mj-1882 is attached hereto as **Exhibit 2**.

4. I asked USAO-MDF to provide me with all exhibits the government submitted in connection with the detention hearing. Attached as **Exhibit 3** is the document I received from USAO-MDF. **Exhibit 3** contains three pictures that were marked for identification as government exhibits. I understand these pictures to be the air intake vent in which the defendant was found, along with the vent register behind which the defendant was found hiding.

5. I also asked USAO-MDF to send me the magistrate judge's detention order. The detention order I received is attached hereto as **Exhibit 4**.

6. I attach as **Exhibit 5** Judge Alex Tse's order denying a defendant's motion for a detention hearing in *United States v. Aboagye*, 24-CR-00081-RFL (Dkt. 46).

I declare the foregoing to be true and correct, to the best of my knowledge and belief, under penalty of perjury.

DATED: September 27, 2024                              Respectfully submitted,

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney


                                                       _____/S/_____
                                                       RYAN ARASH REZAEI
                                                       Assistant United States Attorney

REZAEI DECLARATION                       3
24-CR-418 PCP AND 24-CR-419 PCP