UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,          Case No. 6:24-mj-1882-DCI

      Plaintiff,     ☐
      Government    ☑
                            ☐ Evidentiary
                            ☐ Trial
                            ☒ Other

  v.

OMAR NAZIRY

      Defendant      ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 8/22/24 | 8/22/24 | Benron Rengi | | Photo |
| 2 | 8/22/24 | 8/22/24 | | | |
| 3 | 8/22/24 | 8/22/24 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection.    Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

US EX 3 - 001

U.S. District Court
Middle District of Florida

## PLAINTIFF EXHIBIT

Exhibit No. 1

Case No. 6:24-mj-1881-DCI
6:24-mj-1882-DCI

USA

v.

Naziry

Date Identified: 8/22/24

Date Admitted: 8/22/24



US EX 3 - 003

U.S. District Court
Middle District of Florida

## PLAINTIFF EXHIBIT

Exhibit No. 2

Case No. 6:24-mJ-1881-DCI
6:24-mJ-1882-DCI

USA
v.

NAZIRU

Date Identified: 8/22/24

Date Admitted: 8/22/24



US EX 3 - 005

U.S. District Court
Middle District of Florida

# PLAINTIFF EXHIBIT

Exhibit No. _____ 3

Case No. 6:24-MJ-1881-DCI
6:24-MJ-1882-DCI

USH
v.
Naziry

Date Identified: 8/22/24
Date Admitted: 8/22/24

US EX 3 - 006



US EX 3 - 007