# Exhibit C

Lockheed Martin Corporation
6801 Rockledge Drive, Bethesda, MD 20817
Telephone:
Email:

**LOCKHEED MARTIN**

March 15, 2022

<u>Via Federal Express</u>

Omar Naziry

Mountain View, CA 94040-1291

Dear Mr. Naziry,

Lockheed Martin is in receipt of your request to continue your military leave beyond five years, as an exception to Lockheed Martin policies and the general rules under the Uniformed Services Employment and Reemployment Rights Act (USERRA).

An employee is entitled to rights under LM policies and USERRA if the employee is absent from work due to service in the "uniformed services" and certain other conditions are met. As per Lockheed Martin policy and consistent with USERRA, you must generally provide acceptable documentation of your uniformed service, in the form of military orders, letters from your commanding officer or a training log.

In connection with your recent request, Lockheed Martin has reviewed your military orders and has determined that such orders are, and have been, invalid. Specifically, based upon an investigation conducted by Lockheed Martin, Lockheed Martin has reason to believe that your military orders are fraudulent. Accordingly, Lockheed Martin will seek to recover all differential pay and other benefits you improperly received as a result of your providing fraudulent military orders.

In addition, you will receive no payment under the Employee Annual Incentive Plan (EAIP) for the 2021 performance period. As per the EAIP, payments are subject to the discretion of Lockheed Martin and no payment will be made to any individual who fails to act in accordance with Lockheed Martin's Code of Ethics and Business Conduct. Lockheed Martin will exercise its discretion to not make any payment to you under the EAIP.

Notwithstanding the findings of Lockheed Martin, if you have any information that could potentially validate the authenticity of your military leave, we encourage you to come forward with such information.

Sincerely,

*Armando Luis Castorena*

Armando L. Castorena,
Chief Diversity Officer and Vice President,
Human Resources Enterprise Operations (HREO)