# ORDER/COVER SHEET

**TO:** Honorable Susan van Keulen
U.S. Magistrate Judge

**RE:** <u>Omar Naziry</u>

**FROM:** Silvio Lugo, Chief
U.S. Pretrial Services Officer

**Docket No.:** <u>**5:24CR00418,**</u>
<u>**5:24CR00419 PCP**</u>

**Date:** March 17, 2025

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Carolyn Truong | 408 535 5223 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

The following special conditions are removed:

1. The defendant is subject to location monitoring (GPS); and
2. The defendant must remain at his residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations; or other activities approved in advanced by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_/s/ Susan van Keulen_   March 17, 2025
**JUDICIAL OFFICER**   **DATE**