CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 5:24-CR-00419-PCP |
| | ) |
|     Plaintiff, | ) PARTIES' STIPULATION REGARDING |
| | ) RESTITUTION AND [PROPOSED] ORDER |
|   v. | ) |
| | ) |
| OMAR NAZIRY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Omar Naziry, that the Court (1) amend the judgment in this case to reflect a total restitution award of $400,130.33 to Lockheed Martin Corporation, and (2) vacate the restitution hearing currently set for April 29, 2026.

On December 17, 2025, the Court sentenced the defendant to time served and a supervised release term of 3 years, 10 months of which would be a period of home confinement. *See* Dkt. 68, 69. The Court also ordered the defendant to pay restitution in an amount to be determined and set a further restitution hearing for March 4, 2026. *Id.* On February 24, 2026, the Court continued the original

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP

March 4 restitution hearing to April 1 based on the parties' stipulation. *See* Dkt. 72, 73. The Court subsequently continued the restitution hearing again to April 29, 2026, after receiving a second stipulation from the parties seeking a continuance based on their ongoing discussions. *See* Dkt. 74, 75. The Court had authority to set a restitution hearing 90 days after sentencing under 18 U.S.C. § 3664(d)(5), and the Court could extend that deadline here because it made clear prior to the deadline at the sentencing hearing that it would order restitution but left the amount open. *See Dolan v. United States*, 560 U.S. 605, 607 (2010).

The parties have met and conferred and reached an agreement regarding the restitution amount that should be awarded in this case after receiving additional supporting documentation from the victim of the offense. The $400,130.33 restitution award represents the monetary value the victim lost as a result of the defendant's offense as reflected in supporting documentation provided by the victim as of the date of these restitution proceedings. This amount includes the earnings and benefits that the defendant received as well as other payroll expenses incurred by the victim.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: <u>April 20, 2026</u>

<u>        /s/        </u>
PATRICK K. O'BRIEN
Assistant United States Attorney

Dated: <u>April 20, 2026</u>

<u>        /s/        </u>
VARELL L. FULLER
Assistant Federal Public Defender
Attorneys for Defendant Omar Naziry

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP

**[PROPOSED] ORDER**

For the reasons described in the parties' stipulation, the Court orders restitution to be awarded in this case in the total amount of $400,130.33 to Lockheed Martin Corporation.

The Probation Office is directed to prepare an amended judgment reflecting these changes.

The restitution hearing scheduled for April 29, 2026, is hereby vacated.

IT IS SO ORDERED.

DATED:  April 21, 2026

_____
HONORABLE P. CASEY PITTS
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP