CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:24-CR-00419-PCP |
| Plaintiff, | PARTIES' STIPULATION REGARDING RESTITUTION AND [PROPOSED] ORDER |
| v. | |
| OMAR NAZIRY, | |
| Defendant. | |

In addition to the changes regarding the amount of restitution awarded to the victim in this case, *see* Dkt. 77, it is hereby stipulated by and between counsel for the United States and counsel for the defendant Omar Naziry, that the amended judgment include the following language regarding restitution:

Restitution must be paid in monthly payments of not less than $50.00 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP

U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, or via the pay.gov online payment system.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 28, 2026

_____/s/_____
PATRICK K. O'BRIEN
Assistant United States Attorney

Dated: April 28, 2026

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender
Attorneys for Defendant Omar Naziry

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP

# [PROPOSED] ORDER

For the reasons described in the parties' stipulation, the Court orders the Probation Office to prepare an amended judgment that includes the amount awarded to the victim as described in the Court's prior order, *see* Dkt. 77, and also includes the following language:

Restitution must be paid in monthly payments of not less than $50.00 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, or via the pay.gov online payment system.

IT IS SO ORDERED.

DATED: ___April 29, 2026___

_____
HONORABLE P. CASEY PITTS
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 5:24-CR-00419-PCP